195.211 RSMo 1994. *State v. Miller,* 14 S.W.3d 135 (Mo.App. E.D.2000). Following a jury trial, the trial court sentenced Movant to concurrent terms of ten and fifteen years imprisonment. After the mandate was issued in his direct appeal, Movant filed a motion for post-conviction relief. This appeal follows the motion court's findings of fact and conclusions of law denying Movant's motion after an evidentiary hearing.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. The motion court's findings and conclusions are not clearly erroneous. Rule 29.15(k). No error of law appears. An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).

Elton W. Fay, Columbia, MO, for appellant.

Jason H. Lamb, Mexico, MO, for respondent.

Before WILLIAM H. CRANDALL, P.J., and KATHIANNE KNAUP CRANE and ROBERT G. DOWD, JR., JJ.

## ORDER

PER CURIAM.

Husband, Jeffrey C. Porter, appeals from the decree of dissolution of his marriage to wife, Jennifer L. Porter.

We have reviewed the record on appeal and find that the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).

Jennifer L. **PORTER,** Respondent,

v.

Jeffrey C. **PORTER,** Appellant.

No. ED 79801.

Missouri Court of Appeals,
Eastern District,
Division One.

June 18, 2002.

Rodney **BROWN,** Appellant,

v.

**STATE** of Missouri, Respondent.

No. ED 80076.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 18, 2002.